

**Service of Process Transmittal**
03/23/2021
CT Log Number 539256830

**TO:** Michael Johnson, Legal Assistant
The Hartford
1 Hartford Plz, HO-1-09
Hartford, CT 06155-0001

**RE:** **Process Served in Florida**

**FOR:** Hartford Insurance Company of the Midwest (Domestic State: IN)

**ENCLOSED ARE COPIES OF LEGAL PROCESS RECEIVED BY THE STATUTORY AGENT OF THE ABOVE COMPANY AS FOLLOWS:**

**TITLE OF ACTION:** Howard Cohen, etc., et al., Pltfs vs. Hartford Insurance Company of the Midwest, Dft.

**DOCUMENT(S) SERVED:** Notice(s), Summons, Complaint, First Set of Interrogatories, Affidavit, First Request(s)

**COURT/AGENCY:** Palm Beach County Circuit Court, FL
Case # 2021CA003638

**NATURE OF ACTION:** Insurance Litigation

**ON WHOM PROCESS WAS SERVED:** C T Corporation System, Plantation, FL

**DATE AND HOUR OF SERVICE:** By Electronic Receipt on 03/23/2021

**JURISDICTION SERVED :** Florida

**APPEARANCE OR ANSWER DUE:** Within 20 days after service, exclusive of the day of service (Document(s) may contain additional answer dates)

**ATTORNEY(S) / SENDER(S):** Katherine Krepfle
Ks Law Group, PLLC
947 Longdale Avenue
Longwood, FL 32750
407-960-6965

**REMARKS:** Process received by Chief Financial Officer on 03/19/2021, and forwarded to C T Corporation System by electronic delivery on 03/23/2021.

**ACTION ITEMS:** CT has retained the current log, Retain Date: 03/23/2021, Expected Purge Date: 03/28/2021

Image SOP

Email Notification, Michael Johnson MICHAEL.JOHNSON@THEHARTFORD.COM

Email Notification, Fiona Rosenberg Fiona.Rosenberg@thehartford.com

**REGISTERED AGENT ADDRESS:** C T Corporation System
1200 South Pine Island Road
Plantation, FL 33324

800-448-5350
MajorAccountTeam1@wolterskluwer.com



**Service of Process Transmittal**
03/23/2021
CT Log Number 539256830

**TO:** Michael Johnson, Legal Assistant
The Hartford
1 Hartford Plz, HO-1-09
Hartford, CT 06155-0001

**RE:** **Process Served in Florida**

**FOR:** Hartford Insurance Company of the Midwest (Domestic State: IN)

The information contained in this Transmittal is provided by CT for quick reference only. It does not constitute a legal opinion, and should not otherwise be relied on, as to the nature of action, the amount of damages, the answer date, or any other information contained in the included documents. The recipient(s) of this form is responsible for reviewing and interpreting the included documents and taking appropriate action, including consulting with its legal and other advisors as necessary. CT disclaims all liability for the information contained in this form, including for any omissions or inaccuracies that may be contained therein.

*21-000118453*

CHIEF FINANCIAL OFFICER
JIMMY PATRONIS
STATE OF FLORIDA

HOWARD COHEN ET AL.

PLAINTIFF(S)

VS.

HARTFORD INSURANCE COMPANY OF THE MIDWEST

DEFENDANT(S)
_______________________________________/

SUMMONS, COMPLAINT, DISCOVERY

**CASE #:** 2021CA003638
**COURT:** 15TH JUDICIAL CIRCUIT
**COUNTY:** PALM BEACH
**DFS-SOP #:** 21-000118453

# NOTICE OF SERVICE OF PROCESS

NOTICE IS HEREBY GIVEN of acceptance of Service of Process by the Chief Financial Officer of the State of Florida. Said process was received in my office by ELECTRONIC DELIVERY on Friday, March 19, 2021 and a copy was forwarded by ELECTRONIC DELIVERY on Tuesday, March 23, 2021 to the designated agent for the named entity as shown below.

HARTFORD INSURANCE COMPANY OF THE MIDWEST
DONNA MOCH
1200 SOUTH PINE ISLAND ROAD
PLANTATION, FL 33324

***Our office will only serve the initial process(Summons and Complaint) or Subpoena and is not responsible for transmittal of any subsequent filings, pleadings, or documents unless otherwise ordered by the Court pursuant to Florida Rules of Civil Procedure, Rule #1.080**

Jimmy Patronis
Chief Financial Officer

KATHERINE A. KREPFLE
ATTORNEY
KS LAW GROUP, PLLC
947 LONGDALE AVENUE
LONGWOOD, FL 32750

JJ1

**IN THE CIRCUIT COURT OF THE FIFTEENTH JUDICIAL CIRCUIT IN AND FOR PALM BEACH COUNTY, FLORIDA**

**HOWARD COHEN INDIVIDUALLY, LORETTA COHEN INDIVIDUALLY, AND HOWARD COHEN and LORETTA COHEN ON BEHALF OF THE LORETTA COHEN LIVING TRUST**

**CASE NUMBER:**

**Plaintiffs,**

**v.**

**HARTFORD INSURANCE COMPANY OF THE MIDWEST**

**Defendant.**

_______________________________________/

RECEIVED AS STATUTORY REGISTERED AGENT on 19 March, 2021 and served on defendant or named party on 23 March, 2021 by the Florida Department of Financial Services

**SUMMONS**

***THE STATE OF FLORIDA***
**TO EACH SHERIFF OF THE STATE:**

YOU ARE COMMANDED to serve this Summons and a copy of the Complaint of Petition in this action on INSURANCE COMMISSIONER pursuant to F.S. 48.151

***By Serving:***

**Hartford Insurance Company of the Midwest**
Insurance Commissioner
State of Florida
PROCESS SECTION
200 East Gaines Street
Tallahassee, Florida 32302

Each defendant is required to serve written defenses to the Complaint of Petition on Katherine Krepfle, Counsel for the Plaintiffs, **KS Law Group,** 947 Longdale Avenue, Longwood, Florida 32750 within twenty (20) days after service of this summons on that defendant exclusive of the day of service, and to file the original of the Defenses with the clerk of this Court either before service on Plaintiffs' attorney or immediately thereafter. If a defendant fails to do so, a Default will be entered against that Defendant for the relief demanded in the complaint or petition.

DATED ON Mar 19 2021, 2021
Clerk, Circuit Court
By: Blake Smith
Deputy Clerk

BLAKE SMITH

CLERK OF THE CIRCUIT COURT & COMPTROLLER PALM BEACH COUNTY