**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF FLORIDA**
**WEST PALM BEACH DIVISION**

**CASE NUMBER: 9:21-cv-80752-AMC**

**HOWARD COHEN INDIVIDUALLY,**
**LORETTA COHEN INDIVIDUALLY,**
**AND HOWARD COHEN and**
**LORETTA COHEN ON BEHALF OF**
**THE LORETTA COHEN LIVING TRUST**

      **Plaintiffs,**

**v.**

**HARTFORD INSURANCE COMPANY**
**OF THE MIDWEST,**

      **Defendant.**

_____/

**PLAINTIFFS' INITIAL DISCLOSURE STATEMENT AND**
**CERTIFICATE OF INTERESTED PERSONS**

I hereby disclose the following pursuant to this Court's Initial Order:

1.) the name of each person, lawyer, association, firm, partnership, corporation, limited liability company, subsidiary, conglomerate, affiliate, member, and other entity that has or might have an interest in the outcome of this action:

    A. KS Law Group, PLLC, Attorneys for Plaintiff
    B. Sean P. Schulz, Esquire, Attorney of record for Plaintiff
    C. Howard Cohen, Plaintiff
    D. Loretta Cohen, Plaintiff
    E. The Loretta Cohen Living Trust, Plaintiff

     F.  Hartford Insurance Company of the Midwest, Defendant
     G. Marshall Dennehey Warner Coleman & Goggin
     H. Irene Thaler, Esquire, Attorney for Defendant
     I.  Michal A. Packer, Esquire, Attorney for Defendant

2.)    the name of each other entity whose publicly traded shares or debt may potentiallybe affected by the outcome of the proceedings:

    **None.**

3.)    the name of each other entity likely to actively participate in the proceedings,including in a bankruptcy proceeding the debtor and each member of the creditors' committee:

    **None.**

4.)    each person arguably eligible for restitution:

    **None.**

5.)       Check one of the following:

    __X__  a. I certify that, except as disclosed, I am unaware of an actual or potential conflict of interest affecting the district judge or the magistrate judge in this action, and I will immediately notify the judge in writing within fourteen days after I know of a conflict.

**-or-**

    ____  b. I certify that I am aware of a conflict or basis of recusal of the district judgeor magistrate judge as follows: (explain)

Page **2** of **3**

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the forgoing has been filed via the CM/ECF which will serve a copy via email to Irene Thaler, Esq. and Michael Packer, Esq., Email: mapacker@mdwcg.com, and iithaler@mdwcg.com this 10th day of June 2021.

**KS LAW GROUP, PLLC**
Attorneys for Plaintiff
947 Longdale Avenue
Longwood, FL 32750
Telephone: (407) 960-6965
Facsimile: (407) 960-6996
Primary for E-Service: Eservice@KSLawGroup.net
Secondary E-Mail: KKrepfle@KSLawGroup.net
Tertiary E-Mail: Litparalegal1@KSLawGroup.net

*s/Sean P. Schulz*

**SEAN P. SCHULZ, ESQ.**
Florida Bar Number: 1007728