IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

CASE NUMBER: 9:21-cv-80752-AMC

HOWARD COHEN INDIVIDUALLY,
LORETTA COHEN INDIVIDUALLY,
AND HOWARD COHEN and
LORETTA COHEN ON BEHALF OF
THE LORETTA COHEN LIVING TRUST

    Plaintiffs,

v.

HARTFORD INSURANCE COMPANY
OF THE MIDWEST,

    Defendant.
_____/

**PLAINTIFFS' NOTICE OF RELATED ACTIONS**

In accordance with the Federal Rules of Civil Procedure and Local Rule 1.07(c), I certify that the instant action is related to the following pending or closed civil or criminal case(s) previously filed in this Court or any other Federal or State court or administrative agency:

> *Howard Cohen, Individually, Loretta Cohen, Individually, and Howard Cohen and Loretta Cohen Living Trust v. Hartford Insurance Company of the Midwest*; Case No.: 2021CA003638; In the Circuit Court of the Fifteenth Judicial Circuit in and for Palm Beach County, Florida.

I further certify that I will serve a copy of this Notice of a Related Action

1

upon each party no later than fourteen days after appearance of the party.

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the forgoing has been filed via the CM/ECF which will serve a copy via email to Irene Thaler, Esq. and Michael Packer, Esq., Email: mapacker@mdwcg.com, and iithaler@mdwcg.com this 10th day of June 2021.

**KS LAW GROUP, PLLC**
Attorneys for Plaintiff
947 Longdale Avenue
Longwood, FL 32750
Telephone: (407) 960-6965
Facsimile: (407) 960-6996
Primary for E-Service:
Eservice@KSLawGroup.net
Secondary E-Mail: KKrepfle@KSLawGroup.net
Tertiary E-Mail: Litparalegal1@KSLawGroup.net
*s/Sean P. Schulz*
**SEAN P. SCHULZ, ESQ.**
Florida Bar Number: 1007728